IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BERNARDO MURCIA HUETO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:18CV556 |
| | ) | |
| FAYE DANIELS, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a prisoner of the State of North Carolina, submitted a petition under 28 U.S.C. § 2254 for a writ of habeas corpus by a person in state custody, together with the five dollar filing fee. For the following reason, the Petition cannot be further processed.

1. Petitioner already filed one habeas petition which is pending in this Court at this time and which challenges the same convictions and sentences. (No. 1:18CV431.) It also contains a claim similar to the claim in the present Petition. Petitioner may not file a second or successive habeas petition. If Petitioner seeks to add a new claim or amend his already pending claim, the proper course is to file a motion to amend his pending petition and receive permission to do so from the Court.

Because of this pleading failure, the Petition should be filed and then dismissed, without prejudice to Petitioner moving to amend his pending Petition in case 1:18CV431 if he believes that he has grounds to do so.

*In forma pauperis* status will be granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to return the five dollar filing fee.

IT IS RECOMMENDED that this action be filed, but then dismissed *sua sponte* without prejudice to Petitioner moving to amend his pending Petition in case 1:18CV431 if he believes that he has grounds to do so.

This, the 3rd day of July, 2018.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**