IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BERNARDO MURCIA HUETO,           )
                                 )
             Petitioner,         )
                                 )
     v.                          )     1:18CV556
                                 )
FAYE DANIELS,                    )
                                 )
             Respondent.         )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 3, 2018, was served on the parties in this action. (ECF Nos. 2, 3.) No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is filed and DISMISSED *sua sponte* without prejudice to Petitioner moving to amend his pending Petition in case 1:18CV431 if he believes that he has grounds to do so. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 26th day of July, 2018.

                              /s/ Loretta C. Biggs
                              United States District Judge